ROBERT REINER v. NORTH AMERICAN NEWSPAPER ALLIANCE.— Motion granted; question certified. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. HARRIMAN NATIONAL BANK AND TRUST COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERT A. VOLK CO., INC., v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KLASKO FINANCE CORPORATION and Another v. BELLEAIRE HOTEL CORPORATION and Others. ABRAHAM I. SPIRO v. TEN EAST SIXTEENTH STREET RESTAURANT CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HINKLEY MOTORS AND PARTS CORPORATION v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES S. SARGENT and Others v. HOME INSURANCE COMPANY and Others. — Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

ALICE FLANAGAN, Amended to Read ALICE TAVOLACI, Her Married Name, v. GEORGE LOWTHER and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Arbitration of a Certain Controversy between E. GERLI & Co., INC., and OSCAR HEINEMAN CORPORATION.— Motion granted; questions certified. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID METZGER v. HARRY P. SWIFT and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of THE BANK OF UNITED STATES. In the Matter of the Application of INTERNATIONAL MILLING COMPANY for an Order Directing the Superintendent of Banks to Pay over Certain Funds.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Petition of JAMES F. EGAN, Public Administrator of the County of New York, and Administrator of the Estate of NANNY FRANK, Deceased, for an Order Directing JOSEPH A. BRODERICK, as Superintendent of Banks, etc., to Grant a Preference or Priority of Payment from the Assets of Said Corporation the Funds Belonging to the Estate of Said NANNY FRANK, Deceased.— Motion for leave to appeal granted. Motion for reargument denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NEW YORK AND CUBA MAIL STEAMSHIP COMPANY v. AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.